Littler

**Littler Mendelson, P.C.**
Three Parkway, 1601 Cherry Street
Suite 1400
Philadelphia, Pennsylvania 19102.1321

Min Song
Associate
412.201.7613 direct
412.343.8841 fax
msong@littler.com

August 24, 2026

**VIA EMAIL - CHAMBERS_OF_JUDGE_PAUL_S_DIAMOND@PAED.USCOURTS.GOV**

Hon. Paul S. Diamond
U.S. District Court, Eastern District of Pennsylvania
14614 U.S Courthouse, Courtroom 14-A
601 Market Street
Philadelphia, PA 19106

Re: Status of Arbitration Proceeding – *Burak Aydin v. Uber Technologies, Inc.*
Civil Acton No. 2:26-cv-02112

Dear Judge Diamond:

The Parties respectfully submit this status update pursuant to the Court's Order to Stay the Pleadings Pending Arbitration.

Since the Court's Order, the Parties have continued to engage in good-faith settlement discussions before initiating arbitration proceedings pursuant to the arbitration agreement. Those discussions remain ongoing.

Respectfully submitted,

*/s/ Min Song*
Min Song, Bar No. 335749
msong@littler.com
LITTLER MENDELSON, P.C.
Three Parkway, 1601 Cherry Street
Suite 1400
Philadelphia, Pennsylvania 19102.1321
Telephone: 267.402.3000
Facsimile: 267.430.7908

*Attorney for Defendant*
UBER TECHNOLOGIES, INC.

*/s/ Joseph L. Gentilcore*
Mark D. Mailman
Joseph L. Gentilcore
William J. Cooper
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: 215.735.8600
F: 215.940.8000
mmailman@consumerlawfirm.com
jgentilcore@consumerlawfirm.com
wcooper@consumerlawfirm.com

*Attorneys for Plaintiff*
BURAK AYDIN